UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
HSBC Bank USA, National Association as Trustee for
Ellington Loan Acquisition Trust 2007-1, Mortgage Pass-
Through Certificates, Series 2007-1



Order Filed on August 10, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  22-11912 VFP

Adv. No.:

Hearing Date: 7/7/2022 @ 10:00 a.m.

Judge:  Vincent F. Papalia

In Re:
     Norma Manrique,

Debtor.

### ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: August 10, 2022**

_____

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**(Page 2)**
Debtor:  Norma Manrique
Case No:  22-11912 VFP
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR
RELIEF FROM STAY

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-1, Mortgage Pass-Through Certificates, Series 2007-1, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 805 3Rd Street, Secaucus, NJ, 07094, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Nicholas Fitzgerald, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of July 18, 2022 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due April 2022 through July 2022 for a total post-petition default of $14,722.96 (4 @ $3,680.74); and

It is **ORDERED, ADJUDGED and DECREED** the debtor will make an immediate payment of $3,680.74; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $11,042.22 will be paid by Debtor remitting $1,840.37 for per month for six months in addition to the regular monthly mortgage payment, which additional payments shall begin on August 1, 2022 and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume August 1, 2022, directly to Secured Creditor's servicer, Nationstar Mortgage LLC, PO Box 619094, Dallas, TX 75261 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

**(Page 3)**
Debtor:  Norma Manrique
Case No:  22-11912 VFP
Caption of Order:  ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR
RELIEF FROM STAY

_____

  It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $188.00 for filing fees, totaling $538.00, which is to be paid through Debtors' Chapter 13 plan; and

  It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.